419

(No. 6497—■■■■■■■■■■■)

WILMA KAY (POLLEY) DANGREMOND, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed May 9, 1972.*

WILMA KAY (POLLEY) DANGREMOND, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

PERLIN, C.J.

■■■■■■■

(No. 6512—■■■■■■■■■■■)

ESTHER M. VATTHAUER, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed May 9, 1972.*

ESTHER M. VATTHAUER, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

PERLIN, C.J.